PETER C. LAGARIAS (SB NO 77091)
E-mail: pcl@lb-attorneys.com
ROBERT S. BOULTER (SB NO. 153549)
E-mail: rsb@lb-attorneys.com
**LAGARIAS & BOULTER, LLP**
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099
Attorneys for Plaintiffs Prudence Corporation,
d/b/a/ Shred-It Baltimore

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

JSL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENCE CORPORATION, d/b/a SHRED-IT BALTIMORE, a Maryland Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SHRED-IT AMERICA, INC., a Nevada Corporation; and DOES 1-100,<br><br>Defendants. | Case No. SACV07-0555 AG (RNBx)<br><br>(~~PROPOSED~~) JUDGMENT FOR PLAINTIFF PRUDENCE CORPORATION AGAINST DEFENDANT SHRED-IT AMERICA, INC.<br><br>HON. ANDREW W. GUILFORD |

The above action was tried before this court on December 11, 2007 and December 13, 2007, with Peter C. Lagarias, Esq., Lagarias & Boulter, LLP, appearing for Plaintiff Prudence Corporation and William Killion, Esq., and Jacob Kraus, Esq., Faegre & Benson, L.L.P., appearing for defendant Shred-It America, Inc. The court having received evidence and argument from the parties and their

counsel, and for good cause shown hereby adjudges in favor of plaintiff Prudence Corporation and against defendant Shred-It America, Inc. as follows:

As to the claim for specific performance of the renewal of the franchise agreement between plaintiff Prudence Corporation and defendant Shred-It America, Inc., dated June 19, 1996, consisting of the franchise agreement with Attachments A to J, the franchise agreement with Attachments A to J, is renewed under its existing terms for a period of ten years dating from June 30, 2006 through June 30, 2016 with plaintiff Prudence Corporation to pay defendant Shred-It America, Inc. the previously tendered renewal fee of $68,750 and to sign a release of prior claims to be provided by defendant Shred-It America, Inc. to plaintiff Prudence Corporation; and

As to the claim for declaratory relief, the court finds that defendant Shred-It of America, Inc. materially breached the franchise agreement between the parties by failure to renew the franchise agreement, and that the franchise agreement between plaintiff Prudence Corporation and defendant Shred-It America, Inc., dated June 19, 1996, consisting of the franchise agreement with Attachments A to J, is renewed under its existing terms for a period of ten years dating June 30, 2006 through June 30, 2016; and

1 | The plaintiff Prudence Corporation is the prevailing party in this action and
is entitled to costs. In addition plaintiff Prudence Corporation may file a motion
for attorney's fees within fourteen days of entry of this judgment and the court
will decide therewith whether and the amount of any attorneys fees to be awarded
to plaintiff Prudence Corporation.

DATED: ~~February~~ March 17, 2008

_____
Andrew W. Guilford
United States District Judge

APPROVED AS TO FORM:

DATED: February__, 2008

Faegre & Benson, LLP

_____
William Killion, Esq.
Attorneys for Defendant Shred-It America, Inc.

N:\ACTIVE\Prudence v. Shred-It\Pleadings\Proposed.Judgment.Revised.12.27.07.doc